UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § § | |
| vs. | § § § | NO: DR:25-M -00868(1) |
| (1) Julio Cesar Martinez-Martinez | | |

**ORDER SETTING PLEA AND SENTENCING**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for May 20, 2025 at 03:00 PM in the U.S. Courthouse, 111 E. Broadway, Courtroom number 4, Del Rio, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 8th day of April, 2025.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE